<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ Southern District Of New York _____
(State)

Case number (*if known*): _____    Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1.  Debtor's name**    Accredited Limousine Service, LLC

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3.  Debtor's federal Employer Identification Number (EIN)**    2 0 – 3 8 0 0 9 8 4

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 600 Mamaroneck Avenue, 4th Floor | |
| Number       Street | Number       Street |
| | P.O. Box |
| Harrison            NY    10528 | |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| WESTCHESTER | |
| County | Number       Street |
| | |
| | City            State    ZIP Code |

**5.  Debtor's website (URL)**    www.accreditedlimo.com; www.alscoach.com

**6.  Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Accredited Limousine Service, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4   8   5   3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

       District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                       MM / DD / YYYY

       Case number, if known _____

| Debtor | Accredited Limousine Service, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                          State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Accredited Limousine Service, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ☒ I have been authorized to file this petition on behalf of the debtor.

- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____     Douglas Thornton
Signature of authorized representative of debtor     Printed name

Title Sole/Managing Member

**18. Signature of attorney**

X _____     Date _____
Signature of attorney for debtor                          MM / DD / YYYY

Douglas J. Pick
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Ave., 12th Fl.
Number      Street

New York                                           NY          10017
City                                                    State       ZIP Code

(212) 695-6000                              dpick@picklaw.net
Contact phone                                Email address

_____     NY
Bar number                                        State

---

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:

Case No. BKY

Accredited Limousine Service, LLC,

Debtor(s)                                    Chapter 11 Case

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Douglas Thornton, declare under penalty of perjury that I am the Sole/Managing Member of Accredited Limousine Service, LLC, a New York corporation and that on January 23, 2019 the following resolution was duly adopted by the Sole/Managing Member of this corporation:

\Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Douglas Thornton, Sole/Managing Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Douglas Thornton, Sole/Managing Member of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Douglas Thornton, Sole/Managing Member of this corporation, is authorized and directed to employ Douglas J. Pick, attorney and the law firm of Pick & Zabicki LLP to represent the corporation in such bankruptcy case.\

| Executed on: | Signed: |
|---|---|
|  | Douglas Thornton (*Name and Address of Subscriber*) |

**Fill in this information to identify the case:**

Debtor name **Accredited Limousine Service, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ............................................................    $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................    $ **646,075.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ...........................................................    $ **663,575.00**

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*............................    $ **1149649.6**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................................    $ **0**

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................................................    + $ **345219.26**

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b                                                                              $ **1,494,868.86**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Accredited Limousine Service, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District Of New York</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Home Bank 9190 Seminole Blvd. Seminole, FL 33772 | | | | $309,576.31 | $0.00 | $309,576.31 |
| 2 | U.S. Fire Insurance Company P.O. Box 28146 New York, NY 10087-8146 | | Insurance Premiums | | | | $109,255.00 |
| 3 | Webster Bank, N.A. 436 Slater Road, NB 145 New Britain, CT 06053 | | | | $99,600.00 | $0.00 | $99,600.00 |
| 4 | NYS Tax Commission P.O. Box 5149 Albany, NY 11205 | | Tax Lien | | $89,750.73 | $0.00 | $89,750.73 |
| 5 | American Express Bank, FSB 4315 South 2700 West Salt Lake City, UT 84184 | | | | $84,580.00 | $0.00 | $84,580.00 |
| 6 | American Express Platinum P.O. Box 650448 Dallas, TX 75265-0448 | | Credit Card | | | | $50,462.33 |
| 7 | Sam Bryant 171 Lyons Avenue Scarsdale, NY 10583 | | | | | | $35,000.00 |
| 8 | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | Credit Card | | | | $29,352.00 |

Debtor  Accredited Limousine Service, LLC
        Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Commissioners of The State Insurance Fund 199 Church Street New York, NY 10007 | | Alleged Workers' Compensation Obligations | Contingent Unliquidated Disputed | | | $25,953.47 |
| 10  Joseph Eaton, CPA 334 Underhill Avenue Suite 4B Yorton Heights, NY 10598 | | Accounting Services | | | | $25,771.56 |
| 11  Chase Business Preferred P.O. Box 1423 Charlotte, NC 28201-1423 | | Credit Card | | | | $19,500.00 |
| 12  Webster Bank - Elan Financial Services P.O. Box 790408 St. Louis, MO 63179-0408 | | Credit Card | | | | $14,000.00 |
| 13  Comdata 5301 Maryland Way Brentwood, TN 37027 | | Corporate Fuel Account | | | | $13,617.00 |
| 14  Guru Networks 222 Purchase Street Suite 253 Rye, NY 10580 | | General Services | | | | $12,307.90 |
| 15  Chase Business Preferred P.O. Box 1423 Charlotte, NC 28201-1423 | | Credit Card | | | | $10,000.00 |
| 16  Micky Roman c/o Chopra & Nocerino, LLP 85 Willis Avenue, Suite E Mineola, NY 11501 | | Personal Injury Claim | Contingent Unliquidated Disputed | | | Unknown |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name **Accredited Limousine Service, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

    ☐ No. Go to Part 2.
    ☒ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. Cash on hand    $0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Webster Bank | Checking/Operating | 0  8  2  3 | $5,000.00 |
| 3.2. | | | | $_____ |

4. Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $5,000.00

**Part 2:    Deposits and prepayments**

6. Does the debtor have any deposits or prepayments?

    ☒ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor   <u>Accredited Limousine Service, LLC</u>       Case number (if known)_____
        Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.            $_____

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

                                               Current value of debtor's interest

**11. Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **$28,775.00** | – | **$0.00** | = ...... → $28,775.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **$23,000.00** | – | **$23,000.00** | = ...... → $0.00 |
| | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $28,775.00

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                     Valuation method used for current value     Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $_____

---

Debtor   __Accredited Limousine Service, LLC__                              Case number (if known)_____
          Name

---

<table>
<tr><td>**Part 5:**</td><td>**Inventory, excluding agriculture assets**</td></tr>
</table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    $_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

<table>
<tr><td>**Part 6:**</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Debtor    __Accredited Limousine Service, LLC_____      Case number (if known)_____
           Name

33. **Total of Part 6.**

     Add lines 28 through 32. Copy the total to line 85.                 $_____

34. **Is the debtor a member of an agricultural cooperative?**

     ☐ No

     ☐ Yes. Is any of the debtor's property stored at the cooperative?

         ☐ No

         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No

     ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

     ☐ No

     ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

     ☐ No

     ☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☒ No. Go to Part 8.

     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

     Add lines 39 through 42. Copy the total to line 86.               $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☐ No

     ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ☐ No

     ☐ Yes

Debtor    **Accredited Limousine Service, LLC**                              Case number (if known)_____
                    Name

---

| Part 8: | Machinery, equipment, and vehicles |

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **26 Livery Cars - See Attached Schedule** | $_____ | _____ | $612,300.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

     $612,300.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Debtor  __Accredited Limousine Service, LLC_____        Case number (if known)_____
         Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
   ☒ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

---

## Part 10:    Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>**www.accreditedlimo.com** | $_____ | _____ | $Unknown |
| 62. **Licenses, franchises, and royalties**    See Attachment 1: Additional Internet Domain Names and Websites<br>__Professional Limousine Service Operating License__ | $_____ | _____ | $Unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $0.00

---

Debtor    __Accredited Limousine Service, LLC_____    Case number (if known)_____
           Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                  Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____    _____ – _____ => ➔    $_____
                                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
_____
                                      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____
                                      $_____
Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____
                                      $_____
Nature of claim    _____
Amount requested_    $_____

76. **Trusts, equitable or future interests in property**
_____
                                      $_____

77. **Other property of any kind not already listed** *Examples: Season tickets, country club membership*
_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
                                      $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    __Accredited Limousine Service, LLC_____    Case number (if known)_____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,775.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $612,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9* . ..................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $646,075.00 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ....................................................................................  $646,075.00

---

## Attachment
## Debtor: Accredited Limousine Service, LLC   Case No:

Attachment 1: Additional Internet Domain Names and Websites
   Description: www.alscoach.com
   Book Value:
   Valuation method: :
   Value: Unknown

| Creditor | Loan# | Description | Loan Balance | Estimated Value |
|---|---|---|---|---|
| **TCF Commercial Finance** | 003-0735636-500 | (2) 2017 FORD VANS | $141,895.00 | 141,900.00 |
| **TCF Commercial Finance** | 003-0735636-500 | (1) 2016 MERCEDES SPRINTER | $36,658.00 | 36,700.00 |
| **Edson Financial** | 01-0358740-700 | (4) 2018 CHRYSLER 300 Sedans | $116,866.20 | 116,900.00 |
| **Toyota Financial Services** | 022 6613696 | Toyota Camry | $2,868.79 | 8,000.00 |
| | 022 6613744 | Toyota Camry | $2,916.95 | 8,000.00 |
| | 022 6613751 | Toyota Camry | $2,863.57 | 8,000.00 |
| | 022 6614492 | Toyota Camry | $2,902.76 | 8,000.00 |
| | 022 6614502 | Toyota Camry | $2,909.06 | 3,000.00 |
| | 022 6614501 | Toyota Camry | $2,910.22 | 8,000.00 |
| | 022 6614500 | Toyota Camry | $2,930.01 | 8,000.00 |
| | 022 6614490 | Toyota Camry | $2,900.00 | 8,000.00 |
| **Sterling Bank** | 4020-39707 | 2016 Mercedes-Benz Metris | $ 10,263.28 | 13,400.00 |
| | 4020-40410 | 2016 Chevrolet Suburban LT SUV | $ 15,189.73 | 23,000.00 |
| | 4020-40415 | 2016 Chevrolet Suburban LT SUV | $ 14,836.68 | 21,000.00 |
| | 4020-43152 | (3) 2017 Lincoln Continental Sedan | $ 51,570.96 | 48,000.00 |
| | 4020-46928 | (2) 2016 Chrysler 300 Sedans | $ 19,128.90 | 33,800.00 |
| | 4020-47381 | 2015 Ford F650 Mini Bus | $ 21,965.27 | 108,600.00 |
| **N/A (Owned Outright)** | N/A | (2) Toyota Camrys | N/A | 10,000.00 |
| | | | **Total Estimated Value** | **612,300.00** |

**Fill in this information to identify the case:**

Debtor name __Accredited Limousine Service, LLC__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
American Express Bank, FSB

| | | | |
|---|---|---|---|
| Describe debtor's property that is subject to a lien<br>All Assets | | $84,580.00 | $0.00 |

Creditor's mailing address
4315 South 2700 West
Salt Lake City, Utah 84184

Describe the lien
Nonpossessory

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number  2  3  0  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
    1:American Express Bank, FSB;
    See Attachment 1

**2.2** Creditor's name
Edson Financial

| | | | |
|---|---|---|---|
| Describe debtor's property that is subject to a lien<br>4 - 2018 Chrysler 300 Sedans | | $116,866.20 | $116,900.00 |

Creditor's mailing address
MAC N9300-100, 600 South 4th Street
Minneapolis, Minnesota 55415

Describe the lien
Purchase

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number  -  7  0  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines ____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $1,149,649.60

| Debtor | Accredited Limousine Service, LLC | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

**Part 1:**   **Additional Page**

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

First Home Bank

**Creditor's mailing address**

9190 Seminole Blvd.
Seminole, Florida 33772

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number**   5  0  0  4

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
All Assets                                    $309,576.31        $0.00

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name

NYS Tax Commission

**Creditor's mailing address**

P.O. Box 5149
Albany, New York 11205

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number**   1  3  6  2

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
All Assets                                    $89,750.73         $0.00

**Describe the lien**
TaxLien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Accredited Limousine Service, LLC _____    Case number (if known)_____
          Name

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

Sterling Bank

**Describe debtor's property that is subject to a lien**

2016 Mercedes-Benz Metris                     $13,398.00        $13,400.00

Creditor's mailing address

One Marcus Avenue
Lake Success, New York 11042

**Describe the lien**
Purchase

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    9  7  0  7

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name

Sterling Bank

**Describe debtor's property that is subject to a lien**

2016 Chevrolet Suburban LT                     $22,960.00        $23,000.00

Creditor's mailing address

One Marcus Avenue
Lake Success, New York 11042

**Describe the lien**
Purchase

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    0  4  1  0

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Accredited Limousine Service, LLC _____  Case number (if known)_____
       Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**

Sterling Bank

**Creditor's mailing address**

One Marcus Avenue

Lake Success, New York 11042

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  0  4  1  5

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Chevrolet Suburban LT                  $20,910.00        $21,000.00

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.8** | **Creditor's name**

Sterling Bank

**Creditor's mailing address**

One Marcus Avenue

Lake Success, New York 11042

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  3  1  5  2

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3 - 2017 Lincoln Continental Sedans          $47,990.00        $48,000.00

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor    Accredited Limousine Service, LLC                                    Case number (if known)_____
        _____
        Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name

Sterling Bank

Creditor's mailing address

One Marcus Avenue
Lake Success, New York 11042

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    6  9  2  8

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2 - 2016 Chrysler 300 Sedans        $33,732.00        $33,800.00

Describe the lien
Purchase

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10** Creditor's name

Sterling Bank

Creditor's mailing address

One Marcus Avenue
Lake Success, New York 11042

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    7  3  8  1

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2015 Ford F650 Mini Bus        $108,532.00        $108,600.00

Describe the lien
Purchase

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___Accredited Limousine Service, LLC_____   Case number _(if known)_____
            Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11 Creditor's name**

TCF Equipment Finance

**Creditor's mailing address**

11100 Wayzata Blvd., Suite 801
Minnetonka, Minnesota 55305

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ‗ 5 0 0

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 - 2017 Ford Vans

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$141,895.00     $141,900.00

---

**2.12 Creditor's name**

TCF Equipment Financing

**Creditor's mailing address**

11100 Wayzata Blvd., Suite 801
Minnetonka, Minnesota 55305

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ‗ 5 0 0

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Mercedes-Benz Sprinter

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,658.00     $36,700.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 13

Debtor    Accredited Limousine Service, LLC                                    Case number (if known)_____
         _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

2.13 **Creditor's name**

Toyota Financial Services

**Creditor's mailing address**

P.O. Box 15012
Chandler, Arizona 85244-2012

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    3  6  9  6

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
    See Attachment 2

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Toyota Camry                                    $2,868.79        $8,000.00

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **Creditor's name**

Toyota Financial Services

**Creditor's mailing address**

P.O. Box 15012
Chandler, Arizona 85244-5012

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    3  7  4  4

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☒ Yes. The relative priority of creditors is specified on lines 2.13

**Describe debtor's property that is subject to a lien**

Toyota Camry                                    $2,916.95        $8,000.00

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7  of 13

Debtor    Accredited Limousine Service, LLC                              Case number (if known)_____
              Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** Creditor's name

Toyota Financial Services

Creditor's mailing address

P.O. Box 15012
Chandler, Arizona 85244-5012

Creditor's email address, if known

Date debt was incurred    _____
Last 4 digits of account    3  7  5  1
number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines 2.13

**Describe debtor's property that is subject to a lien**

Toyota Camry

Describe the lien
Purchase

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,863.57
Column B: $8,000.00

---

**2.16** Creditor's name

Toyota Financial Services

Creditor's mailing address

P.O. Box 15012
Chandler, Arizona 85244-5012

Creditor's email address, if known

Date debt was incurred    _____
Last 4 digits of account    4  4  9  2
number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines 2.13

**Describe debtor's property that is subject to a lien**

Toyota Camry

Describe the lien
Purchase

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,902.76
Column B: $8,000.00

---

Debtor    Accredited Limousine Service, LLC
_____    Case number (*if known*) _____
            Name

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name

Toyota Financial Services

**Creditor's mailing address**

P.O. Box 15012
Chandler, Arizona 85244-5012

**Creditor's email address, if known**

_____

Date debt was incurred    _____
Last 4 digits of account
number                    4  5  0  2

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　　☒ Yes. The relative priority of creditors is specified on lines 2.13

**Describe debtor's property that is subject to a lien**

Toyota Camry _____

_____

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $2,909.06 | $3,000.00 |

---

**2.18** Creditor's name

Toyota Financial Services

**Creditor's mailing address**

P.O. Box 15012
Chandler, Arizona 85244-5012

**Creditor's email address, if known**

_____

Date debt was incurred    _____
Last 4 digits of account
number                    4  5  0  1

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　　☒ Yes. The relative priority of creditors is specified on lines 2.13

**Describe debtor's property that is subject to a lien**

Toyota Camry _____

_____

**Describe the lien**
Purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $2,910.22 | $8,000.00 |

Debtor   Accredited Limousine Service, LLC                                    Case number (if known)_____
          _____
          Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Column A: Amount of claim — Do not deduct the value of collateral.
Column B: Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** Creditor's name

Toyota Financial Services

Creditor's mailing address

P.O. Box 15012
Chandler, Arizona 85244-5012

Creditor's email address, if known

_____

Date debt was incurred   _____
Last 4 digits of account number   4  5  0  0

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.13

Describe debtor's property that is subject to a lien

Toyota Camry                                    $2,930.01        $8,000.00

_____

Describe the lien
Purchase

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.20** Creditor's name

Toyota Financial Services

Creditor's mailing address

P.O. Box 15012
Chandler, Arizona 85244-5012

Creditor's email address, if known

_____

Date debt was incurred   _____
Last 4 digits of account number   4  4  9  0

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.13

Describe debtor's property that is subject to a lien

Toyota Camry                                    $2,900.00        $8,000.00

_____

Describe the lien
Purchase

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Accredited Limousine Service, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21** Creditor's name

Webster Bank, N.A.

**Describe debtor's property that is subject to a lien**

All Assets

$99,600.00                    $0.00

**Creditor's mailing address**

436 Slater Road, NB 145
New Britain, Connecticut 06053

**Describe the lien**
Nonpossessory

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   1  5  6  8

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.22** Creditor's name

**Describe debtor's property that is subject to a lien**

$0.00                    $28,775.00

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Accredited Limousine Service, LLC | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|------------------------------------------------|
| Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, Massachusetts 01810-1008 | Line 2. _1_ | _2_ _3_ _0_ _0_ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Debtor    Accredited Limousine Service, LLC
       Name

Case number *(if known)*_____

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

# Attachment
## Debtor: Accredited Limousine Service, LLC    Case No:

**Attachment 1**
    2:First Home Bank; 3:NYS Tax Commission; 4:Webster Bank, N.A.
**Attachment 2**
    1:Toyota Financial Services; 2:Toyota Financial Services; 3:Toyota Financial Services; 4:Toyota Financial Services; 5:Toyota Financial Services;
    6:Toyota Financial Services; 7:Toyota Financial Services; 8:Toyota Financial Services

**Fill in this information to identify the case:**

Debtor _____Accredited Limousine Service, LLC_____

United States Bankruptcy Court for the: _____Southern District of New York_____

Case number _____
(if known)

☐ Check if this is an
  amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   Accredited Limousine Service, LLC _____   Case number (if known) _____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

American Express Platinum

P.O. Box 650448

Dallas, Texas 75265-0448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$50,462.33

Date or dates debt was incurred _____

Last 4 digits of account number  4  0  0  3

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Capital One Bank

P.O. Box 6492

Carol Stream, Illinois 60197-6492

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$29,352.00

Date or dates debt was incurred _____

Last 4 digits of account number  8  0  7  8

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Chase Business Preferred

P.O. Box 1423

Charlotte, North Carolina 28201-1423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$19,500.00

Date or dates debt was incurred _____

Last 4 digits of account number  2  7  3  5

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Chase Business Preferred

P.O. Box 1423

Charlotte, North Carolina 28201-1423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number  9  7  1  5

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Comdata

5301 Maryland Way

Brentwood, Tennessee 37027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Corporate Fuel Account

$13,617.00

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Commissioners of The State Insurance Fund

199 Church Street

New York, New York 10007

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: See Attachment 1

$25,953.47

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Accredited Limousine Service, LLC          Case number (if known) _____
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Guru Networks

222 Purchase Street Suite 253
Rye, New York 10580

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: General Services

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$12,307.90

---

**3.8** Nonpriority creditor's name and mailing address

Joseph Eaton, CPA

334 Underhill Avenue Suite 4B
Yorton Heights, New York 10598

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting Services

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$25,771.56

---

**3.9** Nonpriority creditor's name and mailing address

Micky Roman

c/o Chopra & Nocerino, LLP 85 Willis Avenue, Suite E
Mineola, New York 11501

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Personal Injury Claim

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$Unknown

---

**3.10** Nonpriority creditor's name and mailing address

Sam Bryant

171 Lyons Avenue
Scarsdale, New York 10583

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$35,000.00

---

**3.11** Nonpriority creditor's name and mailing address

U.S. Fire Insurance Company

P.O. Box 28146
New York, New York 10087-8146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance Premiums

Date or dates debt was incurred          _____
Last 4 digits of account number          7 4 1 0

Is the claim subject to offset?
☒ No
☐ Yes

$109,255.00

---

Debtor   Accredited Limousine Service, LLC
         _____   Case number (if known) _____
         Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12** Nonpriority creditor's name and mailing address

Webster Bank - Elan Financial Services
_____

P.O. Box 790408
_____

St. Louis, Missouri 63179-0408
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Credit Card

$14,000.00

Date or dates debt was incurred          _____

Last 4 digits of account number          1  4  7  4

Is the claim subject to offset?
☒ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Accredited Limousine Service, LLC
         _____        Case number (if known)_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Stein & Stein, LLP<br>1 Railroad Square<br>Haverstraw, New York, 10927 | Line 3.5<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Panteris & Panteris, LLP<br>35-16 Bell Blvd.<br>Bayside, New York, 11361 | Line 3.6<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Capacity Coverage Co. of NJ<br>P.O. Box 1689<br>Pearl River, New York, 10965 | Line 3.11<br>☐ Not listed. Explain _____ | 7 4 1 0 |
| 4.4. | Crum & Forster<br>160 Water Street<br>New York, New York, 10038 | Line 3.11<br>☐ Not listed. Explain _____ | 7 4 1 0 |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Accredited Limousine Service, LLC
          Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1                    5a.    $0.00

5b. Total claims from Part 2                    5b.  +  $345,219.26

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.                         5c.    $345,219.26

# Attachment
## Debtor: Accredited Limousine Service, LLC   Case No:

**Attachment 1**
   **Alleged Workers' Compensation Obligations**

**Fill in this information to identify the case:**

Debtor name **Accredited Limousine Service, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (if known): _____     Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Accredited Limousine Service, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply |
| 2.1 Douglas Thornton | 600 Mamaroneck Avenue, 4th Floor<br>Street<br><br>Harrison    New York    10528<br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name  <u>Accredited Limousine Service, LLC</u>

United States Bankruptcy Court for the:  <u>Southern District Of New York</u>

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____           **X** _____
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                         **Douglas Thornton**
                                         Printed name

                                         **Sole/Managing Member**
                                         Position or relationship to debtor

Official Form B202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  Accredited Limousine Service, LLC

United States Bankruptcy Court for the:  Southern District of New York

Case number (if known):  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| **Part 1:** | **Income** |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2019 <br> MM / DD / YYYY | to  Filing date | ☒ Operating a business <br> ☐ Other _____ | $ 170,000.00 |
| For prior year: | From 01/01/2018 <br> MM / DD / YYYY | to 12/31/2018 <br> MM / DD / YYYY | ☒ Operating a business <br> ☐ Other _____ | $ 2,882,293.00 |
| For the year before that: | From 01/01/2017 <br> MM / DD / YYYY | to 12/31/2017 <br> MM / DD / YYYY | ☒ Operating a business <br> ☐ Other _____ | $ 2,862,588.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2019 <br> MM / DD / YYYY | to  Filing date | See Attachment 1 | $13,000.00 |
| For prior year: | From 01/01/2018 <br> MM / DD / YYYY | to 12/31/2018 <br> MM / DD / YYYY | Douglas Thornton | $40,000.00 |
| For the year before that: | From 01/01/2017 <br> MM / DD / YYYY | to 12/31/2017 <br> MM / DD / YYYY | | $0.00 |

---

Debtor    <u>Accredited Limousine Service, LLC</u>                          Case number (if known) _____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | _____<br>Creditor's name | _____ | $_____ | ☐ Secured debt |
| | _____<br>Street | _____ | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | _____<br>City          State     ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | _____<br>Creditor's name | _____ | $_____ | ☐ Secured debt |
| | _____<br>Street | _____ | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | _____<br>City          State     ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Douglas Thornton<br>Insider's name | _____ | $_____ | Management Fees and Wages in the |
| | 600 Mamaroneck Avenue<br>Street | _____ | | Ordinary Course |
| | Harrison          NY     10528<br>City          State     ZIP Code | | | |
| | **Relationship to debtor**<br>Other Controlling Party | | | |
| 4.2. | _____<br>Insider's name | _____ | $_____ | _____ |
| | _____<br>Street | | | _____ |
| | _____<br>City          State     ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |

Debtor    Accredited Limousine Service, LLC _____    Case number (if known)_____
          Name

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See Attachment 2** | Personal Injury | Supreme Court of the State of New York | ☒ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Bronx County | ☐ Concluded |
| | 20024/2018E | | Street | |
| | | | City          State          ZIP Code | |
| 7.2. | **See Attachment 3** | Debt Collection | Supreme Court of the State of New York | ☒ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Westchester County | ☐ Concluded |
| | 67865/2017 | | Street | |
| | | | City          State          ZIP Code | |

Debtor  <u>Accredited Limousine Service, LLC</u>                    Case number *(if known)*_____
       Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| _____ | | |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | | |
| Street | _____ | _____ |
| _____ | | Name |
| City         State      ZIP Code | **Case number** | _____ |
| | _____ | Street |
| | | _____ |
| | **Date of order or assignment** | City        State      ZIP Code |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| _____ | _____ | | |
| Street | | | |
| _____ | | | |
| City      State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | | $_____ |
| Recipient's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City      State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor    Accredited Limousine Service, LLC                          Case number (if known)_____
          Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pick & Zabicki LLP | $17,500 Retainer - $2,500 Expenses | | $20,000.00 |
| | **Address** | | | |
| | 369 Lexington Avenue, 12th Floor | | | |
| | Street | | | |
| | New York              NY      10017 | | | |
| | City                    State   ZIP Code | | | |
| | **Email or website address** | | | |
| | dpick@picklaw.net | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Douglas Thornton | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                    State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor    Accredited Limousine Service, LLC
_____    Case number *(if known)*_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Street _____ | | From _____ | To _____ |
| | City    State    ZIP Code | | | |
| 14.2. | Street _____ | | From _____ | To _____ |
| | City    State    ZIP Code | | | |

Debtor   Accredited Limousine Service, LLC
         _____
         Name

Case number (if known)_____

---

| Part 8: | Healthcare Bankruptcies |
|---------|------------------------|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|---------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | *Check all that apply:* |
| _____<br>City     State     ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|---------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | *Check all that apply:* |
| _____<br>City     State     ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---------|-----------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

          Name of plan                                    Employer identification number of the plan

          _____     EIN: __ __ – __ __ __ __ __ __ __

          Has the plan been terminated?

          ☐ No

          ☐ Yes

Debtor    Accredited Limousine Service, LLC _____    Case number (if known)_____
_____Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ _____ Address | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ _____ Address | _____ _____ | ☐ No ☐ Yes |

Debtor    Accredited Limousine Service, LLC    Case number (if known)_____
_____
Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City        State        ZIP Code | | | |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | | |
| Street | Street | | |
| _____ | _____ | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor _Accredited Limousine Service, LLC_____   Case number *(if known)*_____
           Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
|  | Street | | Dates business existed |
|  | City        State        ZIP Code | | From _____   To _____ |
| 25.2. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
|  | Street | | Dates business existed |
|  | City        State        ZIP Code | | From _____   To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
|  | Street | | Dates business existed |
|  | City        State        ZIP Code | | From _____   To _____ |

---

Debtor      Accredited Limousine Service, LLC                                    Case number (if known)_____
            Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Joe Eaton<br>Name<br>7 Dawson Street<br>Street<br><br>Huntington Station                NY          11746<br>City                          State        ZIP Code | From 01/01/2020 To _____ |
| Name and address | Dates of service |
| 26a.2. _____<br>Name<br>_____<br>Street<br><br>_____<br>City                          State        ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br>_____<br>Street<br><br>_____<br>City                          State        ZIP Code | From _____ To _____ |
| Name and address | Dates of service |
| 26b.2. _____<br>Name<br>_____<br>Street<br><br>_____<br>City                          State        ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br>_____<br>Street<br><br>_____<br>City                          State        ZIP Code | _____<br>_____<br>_____ |

Debtor    Accredited Limousine Service, LLC _____    Case number (if known)_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
| | Street _____ | _____ |
| | _____ | _____ |
| | City _____ State _____ ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.2. | Chase Bank _____ |
| | Name |
| | Street _____ |
| | _____ |
| | City _____ State _____ ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | Key Bank _____ |
| | Name |
| | Street _____ |
| | _____ |
| | City _____ State _____ ZIP Code |

See Attachment 4

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name _____ |
| | Street _____ |
| | _____ |
| | City _____ State _____ ZIP Code |

Debtor    Accredited Limousine Service, LLC
_____
Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.
Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Douglas Thornton | See Attachment 5 | See Attachment 6 | 100.00 |
| | , , | - | |
| | , , | - | |
| | , , | - | |
| | , , | - | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | , , | - | From _____ To _____ |
| _____ | , , | - | From _____ To _____ |
| _____ | , , | - | From _____ To _____ |
| _____ | , , | - | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Douglas Thornton | $78,000 | 2018 | See 7 |
| Name | | | |
| 600 Mamaroneck Avenue | | | |
| Street | | | |
| Harrison        NY    10528 | | | |
| City        State    ZIP Code | | | |
| Relationship to debtor | | | |

Debtor  Accredited Limousine Service, LLC                          Case number (if known)_____
        Name

Name and address of recipient

Name

Street

City                          State      ZIP Code

Relationship to debtor

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM  / DD  / YYYY

✗ _____        Printed name Douglas Thornton
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Sole/Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# Attachment
## Debtor: Accredited Limousine Service, LLC   Case No:

**Attachment 1**
    County Trip Service; Douglas Thornton
**Attachment 2**
    Micky Roman v. Stephen Blower and Accredited Limousine Services
**Attachment 3**
    Commissioners of the State Insurance Fund v. Accredited Limousine Service, LLC
**Attachment 4 Additional Financial Statement Recipients:**
    Name: Bank of America

    Name: First Home Bank

**Attachment 5**
    600 Mamaroneck Avenue, Harrison, New York 10528
**Attachment 6**
    Managing Member - Sole Member
**Attachment 7**
    Wages and Management Fees

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

In re   **Accredited Limousine Service, LLC**

Case No. _____

**Debtor**

Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**17,500.00** _____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $**17,500.00** _____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**0.00** _____

2.  The source of the compensation paid to me was:

☐ Debtor        ☒ Other (specify) **Douglas Thornton**

3.  The source of compensation to be paid to me is:

☐ Debtor        ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
*Date*                                 *Signature of Attorney*

                                  **Pick & Zabicki LLP**
                                  *Name of law firm*

# United States Bankruptcy Court
### Southern District of New York

In re **Accredited Limousine Service,**
**LLC**

Case No.

Debtor.

Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Accredited Limousine Service, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

__X__ There are no entities to report.

By:
Douglas J. Pick
Signature of Attorney

Counsel for
Bar no.:
Address.: **369 Lexington Ave., 12th Fl.**
**New York, New York 10017**

Telephone No.: **(212) 695-6000**
Fax No.: **(212) 695-6007**
E-mail address: **dpick@picklaw.net**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:    Accredited Limousine Service,
LLC,

Debtor

Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Douglas Thornton<br><br>600 Mamaroneck Avenue<br>Harrison, New York 10528 | NA | 100% | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Douglas Thornton, Managing/Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: _____        Signature: _____

Printed Name:    Douglas Thornton

Title:    Managing/Sole Member

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **Accredited Limousine Service, LLC**

_____
**Debtors**

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____

Signed: _____

Dated: _____

Signed: _____

Signed: _____

**Douglas J. Pick**
Attorney for Debtor(s)
Bar no.:
**369 Lexington Ave., 12th Fl.**
**New York, New York 10017**

Telephone No.: **(212) 695-6000**
Fax No.:    **(212) 695-6007**
E-mail address: **dpick@picklaw.net**

creditor

American Express Bank, FSB
4315 South 2700 West
Salt Lake City, Utah 84184

American Express Platinum
P.O. Box 650448
Dallas, Texas 75265-0448

Capacity Coverage Co. of NJ
P.O. Box 1689
Pearl River, New York 10965

Capital One Bank
P.O. Box 6492
Carol Stream, Illinois 60197-6492

Chase Business Preferred
P.O. Box 1423
Charlotte, North Carolina 28201-1423

Comdata
5301 Maryland Way
Brentwood, Tennessee 37027

Commissioners of The State Insurance Fun
199 Church Street
New York, New York 10007

Crum & Forster
160 Water Street
New York, New York 10038

Edson Financial
MAC N9300-100
600 South 4th Street
Minneapolis, Minnesota 55415

First Home Bank
9190 Seminole Blvd.
Seminole, Florida 33772

Guru Networks
222 Purchase Street
Suite 253
Rye, New York 10580

Internal Revenue Service
P.O. Box 21126

creditor

Philadelphia, Pennsylvania 19114

Joseph Eaton, CPA
334 Underhill Avenue
Suite 4B
Yorton Heights, New York 10598

Micky Roman
c/o Chopra & Nocerino, LLP
85 Willis Avenue, Suite E
Mineola, New York 11501

NYS Tax Commission
P.O. Box 5149
Albany, New York 11205

NYC Dept. of Finance
345 Adams Street, 3rd Floor, Attn: Legal
Brooklyn, New York 11201

NYC Law Dept.
100 Church Street
New York, New York 10007

NYS Attorney General
120 Broadway
New York, New York 10271

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procs., P.O. Box 5300
Albany, New York 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, New York 12201

Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, New York 10014

Panteris & Panteris, LLP
35-16 Bell Blvd.
Bayside, New York 11361

U.S. Dept. of Justice
Box 55
Washington, District of Columbia 20044

creditor

United States Attorney
One St. Andrews Plaza
New York, New York 10007

Sam Bryant
171 Lyons Avenue
Scarsdale, New York 10583

Stein & Stein, LLP
1 Railroad Square
Haverstraw, New York 10927

Sterling Bank
One Marcus Avenue
Lake Success, New York 11042

TCF Equipment Finance
11100 Wayzata Blvd.
Suite 801
Minnetonka, Minnesota 55305

Toyota Financial Services
P.O. Box 15012
Chandler, Arizona 85244-2012

U.S. Fire Insurance Company
P.O. Box 28146
New York, New York 10087-8146

Webster Bank - Elan Financial Services
P.O. Box 790408
St. Louis, Missouri 63179-0408

Webster Bank, N.A.
436 Slater Road, NB 145
New Britain, Connecticut 06053

Zwicker & Associates, P.C.
80 Minuteman Road
Andover, Massachusetts 01810-1008